**SO ORDERED.**

*/s/ Robert E. Littlefield, Jr.* 5/29/14

ROBERT E. LITTLEFIELD, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE

**FILED**

MAY 29 2014

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

MICHAEL J. WALDRON,

Debtor(s).

Case No. 13-12190
Chapter 7

CURTIS LUMBER CO., INC.,

Plaintiff(s),

v.

MICHAEL J. WALDRON,

Defendants(s).

Adv. No. 14-90008

## SCHEDULING ORDER

1. The matter is scheduled for trial on **January 20, 2015 at 9:30 A.M.** at the James T. Foley Courthouse, Room 306, Albany, New York. The court has scheduled **1 day** for trial.

2. All discovery shall be completed by **September 5, 2014.** Discovery requests shall be made a sufficient number of days before this deadline to allow responses to be timely served before the cut-off.

3. All dispositive motions shall be filed, served and made returnable on or before **November 5, 2014.**

4. Expert Witness Information, if any, shall be exchanged as dictated by Rule 26 of the Federal Rules of Civil Procedure and Federal Rules of Evidence 701–705. The expert report shall be served upon opposing counsel on or before **December 19, 2014** and filed with the court in the same manner as the pretrial statement. Objections to the qualifications of the witness as an expert shall be filed and served no later than **January 9, 2015.**

5. All facts shall be stipulated to the maximum extent possible. The parties shall fully cooperate in preparing and filing a joint stipulation of facts on or before **January 9, 2015.**

6. On or before **January 9, 2015**, the parties shall electronically file pretrial statements only and deliver exhibits to the Court (original and two copies of the statement and exhibits) and serve appropriate parties. The pretrial statement shall include:

> (A) contested material facts; (B) contested legal issues (including whether the court has jurisdiction to enter final orders); (C) evidentiary issues (including any anticipated objections); (D) proposed exhibit lists; and (E) the identification of witnesses with a brief summary of the anticipated testimony of each witness.

7. All exhibits will be received in evidence and all witnesses listed in the pretrial statement will be allowed to testify unless a party files written objections on or before **January 15, 2015.**

8. Within 15 days from the date of this Order, a party may make a written request on notice to the other parties for a pretrial conference regarding the terms of the Order. After this date, adjournments shall be governed by Local Rule 7040-2.

## NOTICE

Failure to comply with any of the terms of this Order may result in dismissal, preclusion, the striking of pleadings, the imposition of monetary penalties, the entry of an order or judgment and/or other appropriate sanctions.