# S D G

## The Law Office of Steven D. Greenblatt, PLLC

480 Broadway, Suite 212 • Saratoga Springs, New York 12866
Tel. (518) 824-1254 • Fax (518) 824-5704 • www.sdgesq.com

| | |
|---|---|
| TO: Hon. Robert E. Littlefield, Jr. | FROM: Steven D. Greenblatt |
| FAX #: 518-431-0192 | DATE: March 22, 2016 |
| RE:<br><br>*In re* **Michael J. Waldron, Ch. 7 # 13-12190-rel**<br>*Curtis Lumber v. Michael J. Waldron,* **Adv. Pro. # 14-90008-1-rel** | PAGES: 3 (including cover) |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY



The Law Office of Steven D. Greenblatt, PLLC
480 Broadway, Suite 212, Saratoga Springs, New York 12866
Tel. 518-824-1254 • Fax. 518-824-5704 • www.sdgesq.com

**Steven D. Greenblatt**
sgreenblatt@sdgesq.com

March 22, 2016

<u>Via Facsimile (518-431-0192) and ECF</u>

Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Judge
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

Re:   *In re* Michael J. Waldron, Ch. 7 # 13-12190-rel
      *Curtis Lumber v. Michael J. Waldron*, Adv. Pro. # 14-90008-1-rel

Dear Judge Littlefield:

I write to request an adjournment of the matters (Docket #s 48 and 52) on for hearing before the Court at 9:15 AM on March 23, 2016 in the above-referenced adversary proceeding. The reason for this request is that I am required to make another court appearance in another matter in Saratoga Springs, New York at the same time, and this second matter cannot be rescheduled. I have spoken with opposing counsel, Mr. Croak, who has consented to this request. If the Court's schedule permits, both Mr. Croak and I can be available on April 6, 2016 at 9:15 for the rescheduled hearing.

Respectfully Submitted,

Steven D. Greenblatt
*Attorney for Plaintiff Curtis Lumber Co., Inc.*


Enclosure.

cc:    Richard Croak, Esq. (via ECF)

**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name:

Case No.:

Division:

Adversary Proceeding No. (if applicable):    14-90008-1-rel

☐  Adjournment Request[2] for Hearing on Motion at Docket No.: _____

Reason for Adjournment Request:

Original Return Date of Motion:

Number of prior adjournment request that have been made _____

☐  Notification of Withdrawal of  ☐ Motion;  ☐ Opposition/Response;  ☐ Other: _____
at Docket No.: _____

☐  Notification of Settlement of Motion at Docket No.: _____

Date of Hearing:

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:

Consent of All Parties Obtained?    ☐ Yes   ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)