So Ordered.

Signed this 10 day of May, 2016.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

MICHAEL WALDRON,

Case No.  13-12190
Chapter 7

Debtor(s).

CURTIS LUMBER CO., INC.,

Plaintiff(s),

v.

Adv. No.  14-90008

MICHAEL WALDRON,

Defendants(s).

**ORDER SETTING CONFERENCE PURSUANT TO 11 U.S.C. § 105**

A pre-trial conference in the above-captioned matter shall be held at the James T. Foley Courthouse, Room 306, Albany, New York on **May 23, 2016 at 2:00 P.M.**  It is expected that the following parties shall appear:

**Steven D. Greenblatt, Esq.**
The Law Offices of Steven D Greenblatt
Attorney for Plaintiff
480 Broadway, Suite 328
Saratoga Springs, NY 12866

-1-

**Richard Croak, Esq.**
Attorney for Debtor Defendant
314 Great Oaks Blvd
Albany, NY 12203
(518) 690-4410

**Michael Waldron**
Debtor Defendant
97 Chelsea Dr.
Saratoga Springs, NY 12866

**Linda Goldin**
Curtis Lumber Co., Inc.
885 Route 67
Ballston Spa, New York 12020

NOTICE OF SANCTIONS FOR FAILURE TO COMPLY

Failure to comply with any of the terms of this order may result in the imposition of sanctions as may be deemed appropriate by the court including, but not limited to, dismissal, preclusion, the striking of pleadings, imposition of monetary penalties including the assessment of attorneys' fees and costs and entry of a dispositive order or judgment.

# # #